UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLETTE CHEFF and JEREMIAH CHEFF,

    Plaintiffs,

v.                                          Case No. 11-15291

DEUTSCHE BANK NATIONAL TRUST
COMPANY, et al.,

    Defendant.
                                                     /

**NOTICE OF STATUS CONFERENCE**

      On January 5, 2012, the court conducted a telephonic conference with counsel for the parties. During the conference, Defendants' counsel informed the court that Defendant Deutsche Bank National Trust Company's ("Deutsche Bank") alleged failure to review Plaintiffs' mortgage for loan modification may have been a result of Plaintiffs' residence not being listed as Plaintiffs' principal residence in tax records. Counsel requested three weeks to consult with his client and decide whether Defendant Deutsche Bank would agree to review the mortgage to determine if it is eligible for loan modification. The court and Plaintiffs' counsel agreed to the proposal, and the court informed the parties that it would conduct a status conference in approximately three weeks to determine the future course of the litigation. Accordingly,

      IT IS ORDERED that counsel for all parties shall participate in a telephonic status conference on **January 30, 2012, at 10:30 a.m.** The court will initiate the call.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: January 10, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 10, 2012, by electronic and/or ordinary mail.

                                  S/Lisa Wagner
                                  Case Manager and Deputy Clerk
                                  (313) 234-5522