**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NICOLETTE CHEFF and JEREMIAH CHEFF,

    Plaintiffs,

v.                                                Case No. 11-15291

DEUTSCHE BANK NATIONAL TRUST
COMPANY, et al.,

    Defendant.
    _____/

**ORDER ADMINISTRATIVELY CLOSING CASE,**
**DIRECTING PLAINTIFF'S ATTORNEY TO FILE MONTHLY**
**STATUS MEMORANDA, AND SETTING TELEPHONE CONFERENCE**

On January 30, 2012, the court conducted a telephonic conference with counsel for the parties, during which Defendants' counsel indicated that his clients had initiated the process of loan modification review of Plaintiffs' mortgage, a process that takes approximately three to four months to complete. The court and counsel agreed to administratively close the case for a period of 120 days while the parties focus their attention on Plaintiffs' application for loan modification. The court further directed Plaintiff's counsel to file monthly status memoranda briefly detailing the progress of Plaintiffs' modification application. Accordingly,

IT IS ORDERED that this case shall be removed from the court's active docket and administratively closed for statistical purposes.

IT IS FURTHER ORDERED that, upon notification by either party, the case shall be restored to the active docket of the court, with all rights enjoyed by all parties fully in force as they were on the date of this order.

IT IS FURTHER ORDERED that Mr. Della Pelle shall file a status memorandum on the last business day of each month beginning with the month of February 2012 briefly explaining the status of Plaintiff's loan modification application.

Finally, IT IS ORDERED that counsel for the parties shall participate in an on-the-record telephonic conference on **May 24, 2012, at 11:00 a.m.**  The court will initiate the call.

      S/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated:  January 30, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 30, 2012, by electronic and/or ordinary mail.

      S/Lisa Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522