**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NICOLETTE CHEFF and JEREMIAH CHEFF,

    Plaintiffs,

v.                                             Case No. 11-15291

DEUTSCHE BANK NATIONAL TRUST
COMPANY, et al.,

    Defendants.
                                          /

**ORDER SETTING DEADLINE FOR PLAINTIFFS' PRODUCTION OF LOAN
MODIFICATION DOCUMENTS AND SCHEDULING TELEPHONE CONFERENCE**

On the agreement of the parties, the court administratively closed the above-captioned case on January 31, 2012, to allow the parties to work toward a resolution of the case through loan-modification review.  The court conducted an on-the-record telephone conference on May 24, 2012, during which counsel indicated that Plaintiffs had not yet provided all of the documentation necessary for review.  Defendants' counsel stated that he is still waiting for Defendant Bank of America to provide him with a list of the outstanding documents.  Upon receipt of that list, counsel agreed that a deadline should be imposed for Plaintiffs to produce the outstanding documentation. Accordingly,

IT IS ORDERED that Defendants' counsel is DIRECTED to provide Plaintiffs' counsel with a list of the remaining documentation necessary for loan modification review on or before **June 1, 2012**.  Plaintiffs shall produce the documents on the list on or before **June 15, 2012**.

IT IS FURTHER ORDERED that Defendants' counsel is DIRECTED to file a status report on **June 22, 2012**, addressing whether Plaintiffs produced the outstanding documents by the deadline and the status of the loan modification review.

Finally, IT IS ORDERED that counsel for the parties shall participate in an on-the-record telephone conference on **June 29, 2012 at 10:00 a.m**.  The court will initiate the call.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  May 31, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 31, 2012, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522